```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

ROBERT W. CURTIS                                         Plaintiff

v.                         4:07CV00028 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                 Defendant

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, and the timely objections received thereto, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 20th day of February, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE